Michael R. Brooks, Esq.
Nevada Bar No. 7287
Jeffrey J. Todd, Esq.
Nevada Bar No. 10780
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, NV 89101
(702) 851-1191
Fax (702) 851-1198
*Attorneys for Specially Appearing Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration System*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>    Plaintiff,<br><br>vs.<br><br>PULTE MORTGAGE LLC AND CHASE BANK AND CHASE HOME FINANCE LLC AND IBM LENDER BUSINESS PROCESS SERVICES AND MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEM),<br><br>    Defendants. | Case No.:   2:11-cv-00149-GMN-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for IBM Lender Business Process Services and Mortgage Electronic Registration System, certifies that there are no other parties interested in the outcome of this case other than those participating in the above-captioned action, based on current information and understanding.

DATED this 9th day of March 2011.

BROOKS BAUER LLP

By:  */s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., NBN 7287
Jeffrey J. Todd, Esq., NBN 10780
300 S. 4th Street, Suite 815
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing, **CERTIFICATE OF INTERESTED PARTIES**, was mailed via the U.S. Postal Service on this 9th day of March 2011, to the foregoing parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Ellery J. Pettit<br>6868 Sky Pointe Drive, #2136<br>Las Vegas, Nevada 89131 | Plaintiff |

*/s/ Misty Wolverton*
An Employee of BROOKS BAUER LLP