Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       jtp@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
Chase Home Finance LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | |
| v. | **CHASE HOME FINANCE LLC'S REPLY TO PLAINTIFF'S OPPOSITION TO WAIVER OF SERVICE** |
| PULTE MORTGAGE LLC and CHASE BANK and CHASE HOME FINANCE LLC and IBM LENDER BUSINESS PROCESS SERVICES and MERS (Mortgage Electronic Registration System), | |
| Defendants. | |

Defendant Chase Home Finance LLC ("Chase"), by and through its counsel, Smith Larsen & Wixom, hereby submits this reply to the Opposition to Chase's Waiver of Service (the "Waiver of Service") filed by Plaintiff Ellery J. Pettit.

Plaintiff filed the instant Complaint on or about January 28, 2011, and summonses as to each defendant were issued the same day. (*See* Docket Nos. 1 and 3.)  Thereafter, on or about February 22, 2011, Plaintiff filed his "Certificate of Service," indicating that defendant Chase

1

(among others) had been served with a copy of the summons and Complaint by "First Class U.S. Mail" on or about February 3, 2011.  (*See* Docket No. 5.)

Under Fed. R. Civ. P. 4, the ***only*** acceptable means of serving a defendant by first class mail is to request a waiver of service. *See* Fed. R. Civ. P. 4(d).  While Chase is not aware of receiving a request for waiver of service, given the purported service by mail, and the expenses imposed on defendants for failure to waive service if requested, Chase agreed to voluntarily waive service out of an abundance of caution.  (*See* Docket No. 7.)  *See also* Fed. R. Civ. P. 4(d)(2) (defendant who fails to return waiver of service upon receipt from plaintiff must pay costs incurred in making service and any expenses in moving to collect such costs).

Having executed a voluntary Waiver of Service, Chase has no obligation to file any responsive pleading to the Complaint until April 4, 2011.  (*See* Docket Entry 7.)  *See also* Fed. R. Civ. P. 4(d)(3) (allowing 60 additional days for response where defendant has waived service). As such, any purported request for entry of default as against Chase is improper at this juncture.

In sum, the Waiver of Service was properly executed, and Plaintiff's request to strike that document should be summarily denied.  Further, because Chase's deadline to file a responsive pleading has not yet arrived, any purported request for entry of default as against Chase by Plaintiff would be improper, and should also be denied.

DATED this 10th day of March, 2011.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Chase Home Finance LLC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __10__ day of March, 2011, a true copy of the foregoing **Chase Home Finance LLC's Reply to Plaintiff's Opposition to Waiver of Service** was served electronically via CM/ECF, or by mail, postage prepaid, to the following:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV 89131
Plaintiff in Pro Per
***(Served Via U.S. Mail)***

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
Brooks Bauer LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Specially Appearing Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.
***(Served Via CM/ECF)***

*[signature: Eleanor Valenti]*
an employee of Smith Larsen & Wixom