Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       jtp@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
Chase Home Finance LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ELLERY J. PETTIT, | ) CASE NO. 2:11-cv-00149-GMN-PAL |
|---|---|
| Plaintiff, | ) |
| v. | ) **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT CHASE HOME FINANCE LLC** |
| PULTE MORTGAGE LLC and CHASE BANK and CHASE HOME FINANCE LLC and IBM LENDER BUSINESS PROCESS SERVICES and MERS (Mortgage Electronic Registration System), | ) |
|  | ) **(Fed. R. Civ. P. 7.1 and LR 7.1-1)** |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Chase Home Finance LLC ("Chase"), certifies to the best of the undersigned's knowledge that in addition to the named parties the following may have an interest in the outcome of the case: JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., as parent organizations of

Chase.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 14th day of April, 2011.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Chase Home Finance LLC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of April, 2011, a true copy of the foregoing **Corporate Disclosure Statement and Certificate of Interested Parties of Defendant Chase Home Finance LLC (Fed. R. Civ. P. 7.1 and LR 7.1-1)** was filed electronically via the Court's CM/ECF system and served either by mail, postage prepaid, or electronically to the following as noted:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV 89131
Plaintiff in Pro Per
*(Served Via U.S. Mail)*

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
Brooks Bauer LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Specially Appearing Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.
*(Served Via CM/ECF)*

_____
an employee of Smith Larsen & Wixom

3