Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax:   (702) 252-5006
Email: jes@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
Chase Home Finance LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | |
| v. | **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| PULTE MORTGAGE LLC and CHASE BANK and CHASE HOME FINANCE LLC and IBM LENDER BUSINESS PROCESS SERVICES and MERS (Mortgage Electronic Registration System, | **[SUBMITTED IN COMPLIANCE WITH LR 26-1(e)]** |
| Defendants. | |

Defendants Chase Home Finance LLC (incorrectly named as Chase Bank and Chase Home Finance LLC) ("Chase"), IBM Lender Business Process Services ("IBM"), and Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their counsel, and Plaintiff Ellery J. Pettit, in proper person, hereby submit this Proposed Discovery Plan and Scheduling Order in compliance with the provisions of Fed. R. Civ. P. 26(f) and LR 26-1.

1. <u>26(f) Conference</u>.  Pursuant to Fed. R. Civ. P. 26(f), a telephonic conference was held on May 17, 2011.  Katie M. Weber, Esq. of Smith Larsen & Wixom attended on behalf of Chase, Jeffrey J. Todd, Esq. of Brooks Bauer LLP attended on behalf of IBM and MERS, and Ellery J. Pettit attended in proper person.

2. <u>Initial Disclosures</u>.  To date, none of the parties have exchanged initial disclosures.  However, the parties have agreed to exchange initial disclosures on or before **June 16, 2011.**

3. <u>Discovery Plan</u>.

    A. <u>Discovery Cut-Off Date:</u> The parties propose a discovery deadline of **October 3, 2011**, or 180 days from the date of the filing of Chase's Answer to Complaint.

    B. <u>Amending Pleadings and Adding Parties:</u>  Pursuant to LR 26-1(e)(2), all motions to amend the pleadings or to add parties shall be filed no later than ninety (90) days prior to the close of discovery.  Accordingly, the parties propose a deadline of **July 5, 2011**, to move to amend pleadings or add parties.

    C. <u>Fed. R. Civ. P. 26(a)(2) Disclosures of Experts:</u>  Pursuant to LR 26-1(e)(3), disclosures concerning experts shall be made no later than sixty (60) days prior to the close of discovery and disclosures concerning rebuttal experts shall be made no later than thirty (30) days after the initial disclosure of experts.  Accordingly, the parties propose an expert disclosure deadline of **August 4, 2011**, and a rebuttal expert disclosure deadline of **September 6, 2011**.

    D. <u>Interim Status Report:</u>  The parties shall file the interim status report required by LR 26-3 at least sixty (60) days prior to the close of discovery.  Accordingly, the parties propose a deadline of **August 4, 2011** to file an interim status report.

    E. <u>Dispositive Motions:</u>  Pursuant to LR 26-1(e)(4), the date for filing dispositive motions shall be no later than thirty (30) days after the close of discovery.

Accordingly, the parties propose a deadline of **November 2, 2011** to file dispositive motions herein.

      F.     <u>Pretrial Order:</u>  Pursuant to LR 26-1(e)(5), the date for filing the joint pretrial order shall be no later than thirty (30) days after the date set for filing dispositive motions. Accordingly, the parties propose a deadline of **December 2, 2011**, to file a pretrial order herein.

      G.     <u>Fed. R. Civ. P. 26(a)(3) Disclosures:</u>  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be made in the pretrial order.

      H.     <u>Areas of Discovery:</u>  Discovery will be needed on the following subjects: All claims set forth in the Complaint, as well as the defenses relevant to the action.

      I.     <u>Discovery Phases:</u>  At this time, the parties do not believe it is necessary to conduct discovery in phases.

      J.     <u>Later Appearing Parties:</u>  If adopted by this Court, a copy of this discovery plan and scheduling order shall be served on any person after it is entered or, in the alternative, if an additional defendant should appear, within 5 days of their first appearance. This discovery plan and scheduling order shall apply to such after-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

3

K.  **Extension of Discovery Deadlines:** Requests to extend the discovery deadlines set forth in this Discovery Plan and Scheduling Order must be filed with the Court no later than twenty (21) days prior to the close of discovery. Accordingly, the parties propose a deadline of **September12, 2011**, to request an extension to the discovery period.

DATED this 14th day of May, 2011.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Chase Home Finance LLC

DATED this 19 day of May, 2011.

_____
Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV  89131
Plaintiff in Pro Per

DATED this 19 day of May, 2011.

BROOKS BAUER LLP

 /s/ Jeffrey J. Todd
_____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Jeffrey J. Todd, Esq.
Nevada Bar No. 10780
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2011

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19 day of May, 2011, a true copy of the foregoing **Proposed Discovery Plan and Scheduling Order** was filed electronically via the Court's CM/ECF system and served either by mail, postage prepaid, or electronically to the following as noted:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV  89131
Plaintiff in Pro Per
*(Service via U.S. Mail)*

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
BROOKS BAUER LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.
*(Service via CM/ECF)*

_____
an employee of Smith Larsen & Wixom

5