ELLERY J PETTIT
6868 SKYPOINTE DR. #2136
LAS VEGAS, NV 89131
Telephone ( 702 ) 788-6099
Plaintiff(s) in Proper Person

UNITED STATES DISTRICT COURT
District of NEVADA

ELLERY J PETTIT                                                )
                                                               )
                    Plaintiff                                  )    Case No.: 2:11-cv-00149-GMN-PAL
                                                               )
          vs.                                                  )
                                                               )    Opposition To Defendants IBM LENDER
PULTE MORTGAGE LLC and                                         )    BUSINESS PROCESS SERVICES and MERS
                                                               )    Motion To Expunge Lis Pendens
CHASE BANK and                                                 )
                                                               )
CHASE HOME FINANCE LLC and                                     )
                                                               )
IBM LENDER BUSINESS PROCESS                                    )
                                                               )
SERVICES and                                                   )

MERS (Mortgage Electronic Registration System)

                    Defendant(s)

## Introduction

On January 28th, 2011, the Plaintiff filed a Lis Pendens on the property located at 6868 Sky Pointe Dr. #2136, Las Vegas, NV, 89131. This was concurrent with his filing of the above entitled case. The paramount fundamental issue in the action is Holder in Due course. To date the defense has not filed any documents showing standing with the court, in fact the only documents the Defense had submitted they withdrew, a month later. (Dkt. 15) The Plaintiff has not filed this action to prevent foreclosure. Plaintiff's Complaint clearly states "this action seeks to prevent the collection of an improper debt" and "to prevent double paying this bank on the debt and/or pay the wrong party and/or prevent the possible wrongful taking of the family home by a bank no longer having a right to foreclose or collect on it."

## Conclusion

The issue of Holder in Due Course has not been resolved. The Defense's request for Lis Pendens expunging should be rejected until the resolution of the above entitled action.

Date: May 31, 2011

_____
Ellery J. Pettit
Plaintiff
In Proper Person

11

## Certificate of Mailing

I, Ellery J. Pettit, hereby certify that a copy of the Opposition to Defendants IBM Lender

Business Process Services and MERS Motion to Expunge filed on the 16th day of May, 2011, in

the above-entitled case was mailed by me on May 31st, 2011 by depositing copies thereof in a

sealed envelope, first-class postage prepaid, in the United States mail, to

Michael R. Brooks                                    Jeffrey J. Todd
Brooks Bauer LLP                                     Brooks Bauer LLP
300 So. 4th Street, Suite 815                        300 So. 4th Street, Suite 815
Las Vegas, NV 89101                                  Las Vegas, NV 89101
*Attorney to be Noticed for IBM Lender*
*Business Process Services and MERS -*
*Mortgage Electronic Registration System*

Jay Earl Smith                                       Katie M. Weber
Smith Larsen & Wixom                                 Smith Larsen & Wixom
Hills Center Business Park                            Hills Center Business Park
1935 Village Center Circle                           1935 Village Center Circle
Las Vegas, NV 89134                                  Las Vegas, NV 89134
*Attorney to be Noticed for*                         *Attorney to be Noticed for*
*Chase Home Finance LLC*                             *Chase Home Finance LLC*

Dated: May 31, 2011

_____
Ellery J. Pettit
Plaintiff
In Proper Person