Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax:   (702) 252-5006
Email: jes@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | ) |
| | ) CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PULTE MORTGAGE LLC and CHASE BANK | ) AMENDED INTERIM STATUS REPORT |
| and CHASE HOME FINANCE LLC and IBM | ) |
| LENDER BUSINESS PROCESS SERVICES | ) |
| and MERS (Mortgage Electronic Registration | ) |
| System, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to LR 26-3 and the Discovery Plan and Scheduling Order entered by the Court on

May 20, 2011, Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home

Finance LLC[1] (incorrectly named as Chase Bank and Chase Home Finance LLC) ("Chase"), IBM

---

[1]   As of May 1, 2011, Chase Home Finance LLC is now known as JPMorgan Chase Bank, N.A.

1

Lender Business Process Services ("IBM"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants"), by and through their counsel,[2] hereby submit the following interim status report.

1. Defendants IBM and MERS have filed a dispositive motion, which is now fully briefed and pending before the Court. Defendant Chase anticipates filing a dispositive motion as well. Thus, the need for trial may be eliminated if Defendants are able to prevail on their dispositive motions.

2. In the event trial is necessary, Defendants anticipate that trial will take approximately two days, and propose that trial be set to begin on May 21, 2012, May 22, 2012, or May 23, 2012.

DATED this 4th day of August, 2011.

SMITH LARSEN & WIXOM

/s/ Jay Earl Smith
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

DATED this 4th day of August, 2011.

BROOKS BAUER LLP

/s/ Jeffrey J. Todd
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Jeffrey J. Todd, Esq.
Nevada Bar No. 10780
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.

---

[2] Plaintiff Ellery J. Pettit has indicated that he will file a separate report.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of August, 2011, a true copy of the foregoing **Interim Status Report** was filed electronically via the Court's CM/ECF system and served either by mail, postage prepaid, or electronically to the following as noted:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV   89131
Plaintiff in Pro Per
(Service via U.S. Mail)

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
BROOKS BAUER LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.
(Service via CM/ECF)

_____
an employee of Smith Larsen & Wixom

3