
Ellery Pettit
6868 Skypointe Dr. #2136
Las Vegas, Nevada   89131
702-788-6099
elleryp@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | ) |
| | ) CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **PLAINTIFF'S** |
| PULTE MORTGAGE LLC and CHASE BANK | ) **INTERIM STATUS REPORT** |
| and CHASE HOME FINANCE LLC and IBM | ) |
| LENDER BUSINESS PROCESS SERVICES | ) |
| and MERS (Mortgage Electronic Registration | ) |
| System, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to LR 26-3 and the Discovery Plan and Scheduling Order entered by the Court on May 20, 2011, Plaintiff Ellery J. Pettit, in proper person, hereby submits the following interim status report.

1.  Status of Action.

The Plaintiff filed this lawsuit on January 28th, 2011.  [Dkt. 1]

On February 22nd, 2011 the Plaintiff filed a Certificate of Interested Parties. [Dkt. 6]

On March 1st, 2011 Defendant Chase filed a Waiver of the Service of Summons. [Dkt. 7]

On March 9, 2011 Defendant IBM filed a Motion to Quash Service of Process [Dkt. 10] and a Certificate of Interested Parties. [Dkt. 11]   On April 12th, 2011 Defendant IBM withdrew the Motion to Quash Service of Process [Dkt. 15]

On April 4th, 2011 Defendant Chase filed an Answer to Complaint. [Dkt. 13] On April 14th, 2011 Defendant Chase filed a Certificate of Interested Parties. [Dkt. 16]

On May 16th, 2011 Defendant IBM filed a Motion to Dismiss Complaint, [Dkt. 17] and Motion to Expunge Lis Pendens. [Dkt. 19] On May 31st, 2011 the Plaintiff filed a Response to Motion to Dismiss Complaint and Expunge Lis Pendens. [Dkt. 22] On June 10th, 2011 Defendant IBM filed a Reply to Response to Motion to Dismiss Complaint and Expunge Lis Pendens. [Dkt. 25, 26]

On May 19th, 2011 Defendant Chase filed a Proposed Discovery Plan. [Dkt. 20] On May 20th, 2011 the Scheduling Order was granted by this Court. [Dkt. 21]

To date, the Plaintiff has not received Defendant Chase's initial disclosure, or any other documents pertaining to the Court ordered Discovery Plan.

2. <u>Actions to be taken by the Court</u>

Defendants IBM and MERS have filed a dispositive motion, which is now fully briefed and pending before the Court.

3. In the event trial is necessary, the parties anticipate that trial will take approximately two days, and propose that trial be set to begin on May 21, 2011, May 22, 2011, or May 23, 2011.

DATED this 5th day of August, 2011.

_____
Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV  89131
Plaintiff in Pro Per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2011, a true copy of the foregoing **Interim Status Report** was filed with the Nevada District Court and served either by mail, postage prepaid, to the following as noted:

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
BROOKS BAUER LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
IBM Lender Business Process Services and
Mortgage Electronic Registration Systems, Inc.
*(Service via U.S. Mail)*

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
As successor by merger to
Chase Home Finanace LLC

DATED this 5th day of August, 2011.

_____
Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV   89131
Plaintiff in Pro Per