Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | |
| v. | |
| PULTE MORTGAGE LLC and CHASE BANK and CHASE HOME FINANCE LLC and IBM LENDER BUSINESS PROCESS SERVICES and MERS (Mortgage Electronic Registration System), | **JPMORGAN CHASE BANK, N.A.'S JOINDER TO MOTION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LOCAL RULE 26-4**<br><br>**(First Request)** |
| Defendants. | |

Defendant JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("Chase"), respectfully submits this joinder ("Joinder") to the Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (the "Motion to Extend Discovery") filed by Defendants Seterus, Inc., f/k/a IBM Lender Business Process Services, and Mortgage Electronic Registration Systems, Inc. (collectively, "Co-Defendants").

Chase fully incorporates and adopts the points, authorities, and arguments of Co-Defendants herein, and respectfully submits that the Motion to Extend Discovery should be granted. In further support thereof, Chase informs the Court that it intends to file a dispositive motion in the immediate future, and respectfully submits that discovery should be stayed until a decision is issued on that motion as well as Co-Defendants' Motion to Dismiss.

DATED this 27 day of September, 2011.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of September, 2011, a true copy of the foregoing **JPMorgan Chase Bank, N.A.'s Joinder to Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (First Request)** was filed electronically via the Court's CM/ECF system and served either by mail, postage prepaid, or electronically to the following as noted:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV 89131
Plaintiff in Pro Per
*(Served Via U.S. Mail)*

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
Brooks Bauer LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
Seterus, Inc., f/k/a IBM Lender Business Process Services
and Mortgage Electronic Registration Systems, Inc.
*(Served Via CM/ECF)*

/s/ Eleanor Valenti
an employee of Smith Larsen & Wixom