Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
        kw@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT, | CASE NO. 2:11-cv-00149-GMN-PAL |
| Plaintiff, | |
| v. | |
| PULTE MORTGAGE LLC and CHASE BANK and CHASE HOME FINANCE LLC and IBM LENDER BUSINESS PROCESS SERVICES and MERS (Mortgage Electronic Registration System), | JPMORGAN CHASE BANK, N.A.'S JOINDER TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LOCAL RULE 26-4 |
| Defendants. | (First Request) |

Defendant JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("Chase"), respectfully submits this joinder ("Joinder") to the Reply to Plaintiff's Opposition to Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (the "Reply") filed by Defendants Seterus, Inc., f/k/a IBM Lender Business Process Services, and Mortgage Electronic Registration Systems, Inc. (collectively, "Co-Defendants").

Chase fully incorporates and adopts the points, authorities, and arguments of Co-Defendants herein, and respectfully submits that the Motion to Extend Discovery should be granted.

DATED this __6th__ day of October, 2011.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
as successor by merger to
Chase Home Finance LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of October, 2011, a true copy of the foregoing **JPMorgan Chase Bank, N.A.'s Joinder to Reply to Plaintiff's Opposition to Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (First Request)** was filed electronically via the Court's CM/ECF system and served either by mail, postage prepaid, or electronically to the following as noted:

Ellery J. Pettit
6868 Skypointe Drive, #2136
Las Vegas, NV 89131
Plaintiff in Pro Per
*(Served Via U.S. Mail)*

Michael R. Brooks, Esq.
Jeffrey J. Todd, Esq.
Brooks Bauer LLP
300 S. Fourth St., Ste. 815
Las Vegas, NV 89101
Attorneys for Defendants
Seterus, Inc., f/k/a IBM Lender Business Process Services and Mortgage Electronic Registration Systems, Inc.
*(Served Via CM/ECF)*

_____
an employee of Smith Larsen & Wixom

3