Michael R. Brooks, Esq.
Nevada Bar No. 7287
Zachary T. Ball, Esq.
Nevada Bar No. 8364
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*
*Mortgage Electronic Registration System,*
*Federal National Mortgage Association and*
*Seterus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; SETERUS, INC.,<br><br>　　　　Defendants. | Case No.:　　2:11-cv-00149-GMN-PAL<br><br>**ERRATA TO MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS** |

　　　PLEASE TAKE NOTICE that Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS") and SETERUS, INC. ("SETERUS"), by and through their counsel of record, MICHAEL R. BROOKS, ESQ. and ZACHARY T. BALL, ESQ. of the law firm BROOKS BAUER LLP filed a Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6) and Motion to Expunge Lis Pendens ("Motion") on December 5, 2011 ("Motion") [EFC Doc. #47]. The pleading inadvertently identified SETERUS, INC. ("SETERUS") as IBM Lender Business Process Services ("IBM LBPS"). MERS and SETERUS request that this Court read all reference of IBM LBPS as references to SETERUS in the Motion.

/ / /

/ / /

Further, the pleading inadvertently contained an incorrect caption. MERS and SETERUS request that this Court identify the Motion with the caption contained in this pleading.

DATED this 18th day of January, 2012.

                BROOKS BAUER LLP

By: /s/ Zachary T. Ball, Esq.
      Michael R. Brooks, Esq.
      Nevada Bar No. 7287
      Zachary T. Ball, Esq.
      Nevada Bar No. 8364
      1645 Village Center Circle, Suite 200
      Las Vegas, NV 89134
      *Attorneys for Defendants*
      *Mortgage Electronic Registration System,*
      *Federal National Mortgage Association and*
      *Seterus, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Brooks Bauer LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

On this day, I served a copy of the foregoing **ERRATA TO MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS** on all parties in said action through the United States District Court, District of Nevada's electronic filing service. Additionally, I served the same upon the parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Ellery J. Pettit
6868 SkyPointe Drive #2136
Las Vegas, Nevada 89131
*Plaintiff*

Jay Earl Smith, Esq.
Joseph T. Prete, Esq.
Katie M. Weber, Esq.
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for JPMorgan Chase Bank, N.A.*

and placing the envelope in the mail bin at the firm's office.

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on the same day it is placed in the mail bin, with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business. I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 18th day of January, 2012 at Las Vegas, NV.

/s/ Dawn M. Waddoups
An Employee of BROOKS BAUER LLP