UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELLERY J. PETTIT, | ) | Case No.: 2:11-cv-00149-GMN-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| PULTE MORTGAGE LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff Ellery J. Pettit's Motion for a More Definite Statement under Fed. R. Civ. P. 12(e). (ECF No. 54). Plaintiff claims that Defendant's Motion to Dismiss (ECF No. 47) is vague and ambiguous because it is filed by IBM LBPS and MERS. IBM LBPS has already been dismissed as a party to this suit. Therefore, Plaintiff claims that the Motion to Dismiss is vague and ambiguous. STERUS, INC. and Mortgage Electronic Registration Systems filed an ERRATA to the Motion to Dismiss that clarifies that they are the Defendants that filed the Motion to Dismiss (ECF No. 57). Therefore there should no longer be any confusion as to who is filing the Motion to Dismiss.

**IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 54) is **DENIED**. Plaintiff shall file a Response to the Motion to Dismiss **by February 15, 2012**. Failure to do so will result in dismissal of this suit.

DATED this 27th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge