Michael R. Brooks, Esq.
Nevada Bar No. 7287
Zachary T. Ball, Esq.
Nevada Bar No. 8364
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; SETERUS, INC.,<br><br>Defendants. | Case No.:   2:11-cv-00149-GMN-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION** |

Pursuant to Local Rule 7.1-1(b), the undersigned, counsel of record for Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), certifies that there are no known interested parties other than those participating in the case. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 27th day of February, 2011.

BROOKS BAUER LLP


By:   /s/ Zachary T. Ball, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Zachary T. Ball, Esq.
Nevada Bar No. 8364
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action.  My business address is that of Brooks Bauer LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

I hereby certify that on February 27, 2012, I electronically filed the **CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION** with the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jay Earl Smith, Esq.
Joseph T. Prete, Esq.
Katie M. Weber, Esq.
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for JPMorgan Chase Bank, N.A.*

Additionally, on the 28th day of February, 2012, I served the same upon the parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Ellery J. Pettit<br>6868 SkyPointe Drive #2136<br>Las Vegas, Nevada 89131<br>*Plaintiff* | Jay Earl Smith, Esq.<br>Joseph T. Prete, Esq.<br>Katie M. Weber, Esq.<br>SMITH LARSEN & WIXOM<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for JPMorgan Chase Bank, N.A.* |

and placing the envelope in the mail bin at the firm's office.

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it is deposited with the U.S. Postal Service on the same day it is placed in the mail bin, with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.  I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 27th day of

1  February, 2011 at Las Vegas, NV.

             /s/ Tamara Olsen
            ───────────────────────────
            An Employee of BROOKS BAUER LLP