AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

_Ellery Pettit_
Plaintiff

v.

_Federal National Mortgage Association_
Defendant

Civil Action No. _2:11-cv-00149-GMN-PAL_

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal National Mortgage Association
Brooks Bauer LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellery Pettit
6868 Sky Pointe Dr #2136
Las Vegas, NV 89131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _3/14/12_              _[signature]_
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Ellery Pettit_
Plaintiff

v.

_Seterus, Inc_
Defendant

Civil Action No. 2:11-cv-00149-GMN-PAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seterus, Inc.
Brooks Bauer LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellery Pettit
6868 Sky Pointe Dr #2136
Las Vegas, NV 89131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/14/12

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Case 2:11-cv-00149-GMN -PAL   Document 63   Filed 03/14/12   Page 3 of 3



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Ellery Pettit
_____
Plaintiff

v.

Mortgage Electronic Registration Systems, Inc.
_____
Defendant

Civil Action No. 2:11-cv-00149-GMN-PAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mortgage Electronic Registration System
Brooks, Bauer LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellery Pettit
6848 SkyPointe Dr. #2136
Las Vegas, NV 89131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/14/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*