AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-CV-00149-GMN-PAL

## PROOF OF SERVICE

2012 MAR 16

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fannie Mae, Mers, Seterus
was received by me on *(date)* 3/16/12 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* receptionist , who is designated by law to accept service of process on behalf of *(name of organization)* Brooks, Bauer LLP on *(date)* 3/16/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/12

Karen Pettit
*Server's signature*

Karen Pettit
*Printed name and title*

6868 Skypointe Dr #2136
Las Vegas, NV 89131
*Server's address*

Additional information regarding attempted service, etc: