Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*
*Mortgage Electronic Registration System,*
*Federal National Mortgage Association and*
*Seterus, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; SETERUS, INC.,<br><br>Defendants. | Case No.: 2:11-cv-149-JAD-PAL<br><br>**AMENDED ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |

This matter having come before this Court on Defendants' Motion to Expunge Notice of Lis Pendens (Doc. 47) before the Honorable Jennifer A. Dorsey presiding; and

WHEREAS, Plaintiff having received notice of the Defendants' Motion to Expunge Notice of Lis Pendens and having filed an opposition thereto; and

WHEREAS this Court, having reviewed the pleadings and papers on file herein, and for good cause appearing; therefore

IT IS HEREBY ORDERED that Defendants' Motion to Expunge Notice of Lis Pendens (Doc. 47) is GRANTED in its entirety pursuant to NRS § 14.015.

IT IS FURTHER ORDERED that pursuant to NRS § 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of Plaintiff on the real property located at 6868 Skypointe Drive, #2136, Las Vegas, Nevada 89131 (APN 125-21-213-275) with the Clark County Recorder's Office as Instrument Number 201101280001538, is hereby cancelled and

BROOKS BAUER, LLP
300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record with the Clark County Recorder's Office, a copy of this Order of Cancellation.

DATED: February 13, 2014.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

BROOKS BAUER LLP

By:_____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*
*Mortgage Electronic Registration System,*
*Federal National Mortgage Association and*
*Seterus, Inc.*

BROOKS BAUER, LLP
300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198