**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ellery J. Pettit, | Case No.: 2-11-cv-00149-JAD-PAL |
| Plaintiff | |
| vs. | **Order Granting Motion for Second Extension to Reply [Doc. 81]** |
| Federal National Mortgage Association et al., | |
| Defendants | |

     Pro se plaintiff Ellery Pettit moves for an extension of time to reply to defendants' opposition to his motion for reconsideration.  He states that requires additional time because he has not received a copy of the defendants' renewed opposition to his motion.  *See* Docs. 72, 79, 80, 81.  Pettit asks that the Court permit him to reply ten days after he receives a copy of the opposition.  Doc. 81 at 1.

     Good cause appearing,

     It is hereby ORDERED that Defendants Mortgage Electronic Registration System, Inc., Federal National Mortgage Association, and Seterus, Inc. shall **serve a copy of their motion [Doc. 80] on Pettit by mail** and file notice of that service by **May 21, 2014**.

     It is further ORDERED that plaintiff Ellery Pettit's time for reply shall be extended; the reply is due no later than **June 4, 2014**.

     DATED May 14, 2014.

                                      _____
                                        Jennifer A. Dorsey
                                        United States District Judge